**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BAUSPIES, DAVID L. § | Case No. 12-80958 |
| BAUSPIES, JOANNA S. § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>STEPHEN G. BALSLEY           </u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 05/01/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:   / /               By:    /s/ STEPHEN G. BALSLEY
                                  Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: BAUSPIES, DAVID L. | § | Case No. 12-80958 |
| BAUSPIES, JOANNA S. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.00 |
| *and approved disbursements of* | $ 39.18 |
| *leaving a balance on hand of* [1] | $ 9,960.82 |
| **Balance on hand:** | $ 9,960.82 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,960.82 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,368.00 | 0.00 | 1,368.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,118.00 |
| Remaining balance: | $ 6,842.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,842.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,842.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,210.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,728.21 | 0.00 | 586.01 |
| 2 | Discover Bank | 4,871.15 | 0.00 | 603.73 |
| 3 | Advanta Bank Corporation | 6,027.99 | 0.00 | 747.11 |
| 4 | Capital One Bank (USA), N.A. | 10,105.23 | 0.00 | 1,252.44 |
| 5 | FIA CARD SERVICES, N.A. | 19,765.22 | 0.00 | 2,449.70 |
| 6 | Portfolio Recovery Associates, LLC | 9,713.06 | 0.00 | 1,203.83 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,842.82 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

Prepared By:  /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
David L. Bauspies  
Joanna S. Bauspies  
    Debtors

Case No. 12-80958-TML  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3       User: vgossett       Page 1 of 3       Date Rcvd: Mar 26, 2013  
                   Form ID: pdf006       Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2013.

```
db/jdb        +David L. Bauspies,    Joanna S. Bauspies,    4806 Chesterfield Drive,   McHenry, IL 60050-4119
18622664      +A T & T,    c/o Joseph,Mann & Creed,    20600 Chagrin Blvd,    Beachwood, OH 44122-5327
19849967       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
18622667      +Capitol One Bank,    c/o Blitt & Gaines PC,    661 Glenn Ave,    Wheeling, IL 60090-6017
18622668      +Capitol One Bank,    c/o Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502-4962
18622669       City of McHenry,    Municipal Drive,    McHenry, IL 60050
20072944       FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18622673      +Harris Bank,    P.O. Box 94034,    Palatine, IL 60094-4034
18622676      +Marathon Petroleum Co,    P.O. Box 659584,    San Antonio, TX 78265-9584
18622678      +McHenry Savings Bank,    c/o Cappetta & Assoc. Ltd,    1900 Spring Rd, St 102,
                Oak Brook, IL 60523-1478
20132614     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
                successor to CAPITAL ONE BANK, N.A.,    by PRA Receivables Management LLC,    PO Box 41067,
                Norfolk, VA 23541)
18622681      +Target National Bank,    P.O. Box 660170,    Dallas, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19841854       E-mail/Text: bkr@cardworks.com Mar 27 2013 02:30:42     Advanta Bank Corporation,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
18622665      +E-mail/Text: bkr@cardworks.com Mar 27 2013 02:30:42     Advanta Credit Cards,    P.O. Box 9217,
                Old Bethpage, NY 11804-9017
18622670      +E-mail/Text: legalcollections@comed.com Mar 27 2013 02:29:38     COM ED,    P.O. Box 6111,
                Carol Stream, IL 60197-6111
18622671       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 27 2013 02:44:28     Discover,    P.O.15316,
                Wilmington, DE 19850
18622672      +E-mail/Text: BKRMailOps@weltman.com Mar 27 2013 02:35:26     Discover Bank,
                c/o Weltman,Weinberg & Reis,    180 N LaSalle St.,Ste 2400,    Chicago, IL 60601-2704
19791390       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 27 2013 02:44:28     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18622674      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2013 02:46:15     JC Penney,    P.O. Box 960090,
                Orlando, FL 32896-0090
18622675      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 27 2013 02:28:02     Kohl's,    P.O. Box 3115,
                Milwaukee, WI 53201-3115
18622677      +E-mail/Text: pthon@mchenrysavings.com Mar 27 2013 02:31:26     McHenry Savings Bank,
                353 Bank Drive,    McHenry, IL 60050-0506
18622679      +E-mail/Text: bankrup@aglresources.com Mar 27 2013 02:27:33     NICOR,    P.O. Box 0632,
                Aurora, IL 60507-0632
18622680       E-mail/Text: appebnmailbox@sprint.com Mar 27 2013 02:28:32     Sprint,    P.O. Box 4191,
                Carol Stream, IL 60197
                                                                                              TOTAL: 11
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18622666     ##+Bank of America,    P.O. Box 17054,    Wilmington, DE 19850-7054
                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: vgossett            Page 2 of 3              Date Rcvd: Mar 26, 2013
                              Form ID: pdf006           Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2013**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett            Page 3 of 3            Date Rcvd: Mar 26, 2013
                              Form ID: pdf006           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2013 at the address(es) listed below:

```
              Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
              Cynthia J Briscoe    on behalf of Joint Debtor Joanna S. Bauspies briscoelaw@earthlink.net
              Cynthia J Briscoe    on behalf of Debtor David L. Bauspies briscoelaw@earthlink.net
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
                                                                                             TOTAL: 6
```