# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BAUSPIES, DAVID L. § Case No. 12-80958
BAUSPIES, JOANNA S. §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $37,645.00              Assets Exempt: $61,045.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,842.82      Claims Discharged
                                                Without Payment: $56,518.19

Total Expenses of Administration: $3,157.18

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $63,996.05 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,157.18 | 3,157.18 | 3,157.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,799.36 | 55,210.86 | 55,210.86 | 6,842.82 |
| **TOTAL DISBURSEMENTS** | $130,795.41 | $58,368.04 | $58,368.04 | $10,000.00 |

4) This case was originally filed under Chapter 7 on March 14, 2012. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/07/2013          By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residence 4806 Chesterfield Drive, McHenry, IL | 1110-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | McHenry Savings Bank c/o Cappetta & Assoc. Ltd | 4110-000 | 38,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 6,813.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Savings Bank | 4110-000 | 19,183.05 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$63,996.05** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,368.00 | 1,368.00 | 1,368.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 15.80 | 15.80 | 15.80 |
| Rabobank, N.A. | 2600-000 | | N/A | 13.38 | 13.38 | 13.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $3,157.18 | $3,157.18 | $3,157.18 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 6,695.21 | 4,728.21 | 4,728.21 | 586.01 |
| 2 | Discover Bank | 7100-000 | 4,871.00 | 4,871.15 | 4,871.15 | 603.73 |
| 3 | Advanta Bank Corporation | 7100-000 | 7,295.00 | 6,027.99 | 6,027.99 | 747.11 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 9,705.00 | 10,105.23 | 10,105.23 | 1,252.44 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 19,765.00 | 19,765.22 | 19,765.22 | 2,449.70 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 10,318.00 | 9,713.06 | 9,713.06 | 1,203.83 |
| NOTFILED | Kohl's | 7100-000 | 41.11 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 139.65 | N/A | N/A | 0.00 |
| NOTFILED | Marathon Petroleum Co | 7100-000 | 392.61 | N/A | N/A | 0.00 |
| NOTFILED | NICOR | 7100-000 | 89.12 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 1,583.09 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 200.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | COM ED | 7100-000 | 57.04 | N/A | N/A | 0.00 |
| NOTFILED | City of McHenry Municipal Drive | 7100-000 | 43.56 | N/A | N/A | 0.00 |
| NOTFILED | A T & T c/o Joseph,Mann & Creed | 7100-000 | 5,603.97 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $66,799.36 | $55,210.86 | $55,210.86 | $6,842.82 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80958  
**Case Name:** BAUSPIES, DAVID L.  
  BAUSPIES, JOANNA S.  
**Period Ending:** 08/07/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 03/14/12 (f)  
**§341(a) Meeting Date:** 04/23/12  
**Claims Bar Date:** 03/07/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence 4806 Chesterfield Drive, McHenry, IL See Order to Sell Assets entered December 10, 2012. | 110,000.00 | 12,000.00 | | 10,000.00 | FA |
| 2  Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3  Business checking account 1st National Bank,McHe | 200.00 | 0.00 | | 0.00 | FA |
| 4  Checking account First Midwest Bank | 400.00 | 0.00 | | 0.00 | FA |
| 5  Living room set, tables, lamps, TV's, bedroom se | 1,500.00 | 0.00 | | 0.00 | FA |
| 6  Wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7  Wedding rings, watches | 300.00 | 0.00 | | 0.00 | FA |
| 8  Golf clubs | 100.00 | 0.00 | | 0.00 | FA |
| 9  1 pellet gun, 5 shotguns, 1 22g rifle | 750.00 | 0.00 | | 0.00 | FA |
| 10  Life Ins Prudential | 18,523.00 | 0.00 | | 0.00 | FA |
| 11  Follett Retirement Savings T. Rowe Price Baltimo | 1,072.00 | 0.00 | | 0.00 | FA |
| 12  Target Pension | Unknown | 0.00 | | 0.00 | FA |
| 13  2011 tax refund | 1,000.00 | 0.00 | | 0.00 | FA |
| 14  2008 Pontiac G6 | 9,000.00 | 0.00 | | 0.00 | FA |
| 15  1994 Harley Davidson Sportster motorcycle | 2,400.00 | 0.00 | | 0.00 | FA |
| 16  1997 Dodge Ram Van | 500.00 | 0.00 | | 0.00 | FA |
| 17  Carpet cleaning equipment | 1,500.00 | 0.00 | | 0.00 | FA |
| 17  Assets  Totals (Excluding unknown values) | **$147,645.00** | **$12,000.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 1, 2013          **Current Projected Date Of Final Report (TFR):**     March 18, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-80958  
**Case Name:** BAUSPIES, DAVID L.  
BAUSPIES, JOANNA S.  
**Taxpayer ID #:** **-***2305  
**Period Ending:** 08/07/13

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******51-66 - Checking Account  
**Blanket Bond:** $736,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/10/12 | {1} | Joanna Bauspies | Bankruptcy Estate's interest in 4806 Chesterfield Drive, McHenry, Illinois | 1110-000 | 10,000.00 | | 10,000.00 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 10,000.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,000.00 | 10,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,000.00 | |
| | | | Subtotal | | 10,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,000.00 | $0.00 | |

{} Asset reference(s)

Printed: 08/07/2013 04:54 PM V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-80958 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | BAUSPIES, DAVID L. | | Bank Name: | Rabobank, N.A. |
| | BAUSPIES, JOANNA S. | | Account: | ****823166 - Checking Account |
| Taxpayer ID #: | **-***2305 | | Blanket Bond: | $736,000.00 (per case limit) |
| Period Ending: | 08/07/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,000.00 | | 10,000.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.80 | 9,974.20 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.38 | 9,960.82 |
| 05/01/13 | 10101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,368.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,368.00 | 8,592.82 |
| 05/01/13 | 10102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,750.00, Trustee Compensation; Reference: | 2100-000 | | 1,750.00 | 6,842.82 |
| 05/01/13 | 10103 | Discover Bank | Dividend paid 12.39% on $4,728.21; Claim# 1; Filed: $4,728.21; Reference: | 7100-000 | | 586.01 | 6,256.81 |
| 05/01/13 | 10104 | Discover Bank | Dividend paid 12.39% on $4,871.15; Claim# 2; Filed: $4,871.15; Reference: | 7100-000 | | 603.73 | 5,653.08 |
| 05/01/13 | 10105 | Advanta Bank Corporation | Dividend paid 12.39% on $6,027.99; Claim# 3; Filed: $6,027.99; Reference: | 7100-000 | | 747.11 | 4,905.97 |
| 05/01/13 | 10106 | Capital One Bank (USA), N.A. | Dividend paid 12.39% on $10,105.23; Claim# 4; Filed: $10,105.23; Reference: | 7100-000 | | 1,252.44 | 3,653.53 |
| 05/01/13 | 10107 | FIA CARD SERVICES, N.A. | Dividend paid 12.39% on $19,765.22; Claim# 5; Filed: $19,765.22; Reference: | 7100-000 | | 2,449.70 | 1,203.83 |
| 05/01/13 | 10108 | Portfolio Recovery Associates, LLC | Dividend paid 12.39% on $9,713.06; Claim# 6; Filed: $9,713.06; Reference: | 7100-000 | | 1,203.83 | 0.00 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 10,000.00 | 10,000.00 | $0.00 |
| | Less: Bank Transfers | 10,000.00 | 0.00 | |
| | **Subtotal** | 0.00 | 10,000.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$10,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******51-66 | 10,000.00 | 0.00 | 0.00 |
| Checking # ****823166 | 0.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |

{} Asset reference(s)   Printed: 08/07/2013 04:54 PM   V.13.13